## O'Gara, administratrix, etc., appellant, v. Clarkin et al.

*Administratrix — payments by — estoppel.*

Plaintiff, the administratrix of an estate, solely through great skill and labor both before and after her appointment, secured certain moneys belonging to the estate, and, under advice of counsel, and in good faith, paid certain charges which were reasonable for the services of others in securing such moneys. *Held*, that she should be allowed for the charges paid, and for her disbursements on behalf of the estate, including those made before her appointment. *Held*, also, that those who had made claims upon the administratrix for services were estopped from denying that their claims were just

APPEAL from a decree of the surrogate of Kings county by the administratrix of an estate, disallowing certain payments made for services performed by others for the estate, and a claim of her own for services and disbursements on account of the estate before her appointment.

*George C. Blanke*, for appellant.

*H. G. Batcheller* and *W. Gleason*, for respondents.

PRATT, J.

The head-note fully sets forth the only points passed upon in the opinion, and a publication of the opinion in full is believed unnecessary.

*Decree modified.*